No. 01–10931. BESSENT v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 01–10932. SIEBLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10933. ALARCON-JAIMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10934. TIERNEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10935. DE LOS SANTOS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10936. AARON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10937. PAREDES v. UTAH LABOR COMMISSION ET AL. Ct. App. Utah. Certiorari denied.

No. 01–10938. BURTON v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 01–10939. STAMPS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10942. BUTLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10943. VERRECCHIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10944. WILLIAMS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–10945. WOODALL v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 01–10946. MILES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10947. SALAMI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–10948. NEWMAN v. MORGAN, WARDEN. Ct. App. Ky. Certiorari denied.